CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.   NOV.12,2024   Time: 3:00pm

CR-18-603                DEFT NUMBER: 1

DEFT NAME: **Mohamed Tahlil Mohamed**

   X present   ___ not present   x cust.   ___ bail

DEFENSE COUNSEL: **Susan Kellman & Steven Lynch**

   X present   ___ not present   x CJA   ___ RET.   ___ LAS

**A.U.S.A.**: **Samuel Adel**sberg          CLERK: D. LaSalle

Reporter: Sophie Nolan              PO: Eric Vest

INT: (LANG.-Somalian) Hassan Abdi


XXX CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

X   SENTENCING HELD.   x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x   DEFT SENTENCED ON COUNT 1, 2, 3, 4, 5, 6 & 7 OF THE (Superseding /Indictment)/ Information.

Defendant is sentenced to three hundred and sixty (360) months. On each counts 1,2,3,4,5 & 7 of the superseding indictment a term of a day of imprisonment is imposed to run concurrent to each other. On count 6 of the superseding indictment a term of 360 months of imprisonment is imposed to run concurrent to counts 1,2,3,4,5 & 7 of the superseding indictment. A day of supervised release and a special assessment of $700.00 is imposed.

_____

 X REMAINING OPEN COUNTS ARE DISMISSED ON     x   GOVTS MOTION
                                              ___ COURT'S MOTION

__x__  COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___  I.F.P. GRANTED.

___  DEFT REMANDED.       ___  DEFT ON BAIL PENDING APPEAL.

**OTHER:** _____

_____

_____